UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 12-00337-CJC(JPRx)                    Date: March 27, 2012

Title: FEDERAL TRADE COMMISSION v. SAMEER LAKHANY, ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:       ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REQUIRING DEFENDANT SAMEER LAKHANY TO SHOW CAUSE WHY HE SHOULD NOT BE HELD IN CIVIL CONTEMPT**

The Court hereby ORDERS Defendant Sameer Lakhany to show cause why he should not be held in civil contempt for destroying evidence and removing $160,000 from a US Bank account held by HVS Development, Inc. in violation of the Court's orders. The hearing on the order to show cause is scheduled for April 24, 2012 at 9 a.m. The parties shall present evidence in the form of live witness testimony and not affidavits, and the Receiver shall have the burden of proving, by clear and convincing evidence, that Mr. Lakhany violated the Court's orders on one or both of these grounds. The hearing previously scheduled for March 30, 2012 is hereby vacated and taken off calendar.

jsk

MINUTES FORM 11
CIVIL-GEN                                                                                  Initials of Deputy Clerk MU